UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 APR 25  AM 9: 36

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,      )
                               )
                               )
     v.                        )     Crim. No. 2:16-cK-59
                               )
SALLY KIRBY,                   )
     Defendant.                )

### NOTICE OF ORGANIZATIONAL VICTIM

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, the Government hereby provides notice that the following organization is a victim of the alleged criminal conduct:

Hunger Free Vermont

Dated at Burlington, in the District of Vermont, this

_22_ day of April, 2016.

Respectfully submitted,

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

By:   _____

GREGORY L. WAPLES
Assistant U.S. Attorney
P.O. Box 570
Burlington VT 05402-0570
(802) 951-6725